# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0320. SADIGHEH HASHEMI v. HUMANA INSURANCE COMPANY.**

Sadigheh Hashemi filed suit against Humana Insurance Company. On June 29, 2022, the trial court dismissed the complaint on res judicata grounds. Hashemi filed a motion for reconsideration, which the trial court denied on July 29, 2022. Hashemi then filed a notice of appeal on August 26, 2022. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, Hashemi filed a notice of appeal 58 days after the trial court entered the order dismissing her complaint. Although she filed a motion for reconsideration of the dismissal order, the filing of a motion for reconsideration does not extend the time for seeking appellate review, and the denial of such a motion is not itself a directly appealable ruling. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/23/2022__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*